ORIGINAL

FILED
U.S. DISTRICT COURT
2009 OCT -6 AM 10: 12
CLERK
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES MACK GARRETT, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 309-038 |
| LARRY BUTTS, | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's official capacity claim against Defendant Butts for monetary damages is **DISMISSED** from this case.

SO ORDERED this 6th day of Oct., 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE